**Order entered January 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01097-CV

**TROY GOOD, STAN STARNES, AND NOBILIS GROUP, INC., Appellants**

**V.**

**ACCELA CAPITAL SERVICES, INC., DERIVATIVELY ON BEHALF OF DENT ZONE, INC., Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-12092**

## ORDER

Before the Court is appellee's January 19, 2021 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 26, 2021.

/s/    CRAIG SMITH
       JUSTICE